| | |
|---|---|
| **From:** | SCDdb_ecf_norton |
| **To:** | Jack Bryan |
| **Subject:** | FW: Elementia (Allura) |
| **Date:** | Wednesday, October 14, 2020 1:14:33 PM |

Please file this email as a letter in 19mn2886, In Re Allura Fibert Cement Siding Products Liability Litigation MDL.  Thanks.

**From:** tri2sli@aol.com <tri2sli@aol.com>
**Sent:** Monday, October 12, 2020 2:45 PM
**To:** SCDdb_ecf_norton <norton_ecf@scd.uscourts.gov>
**Cc:** tri2sli@aol.com
**Subject:** Elementia (Allura)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Judge Norton, Your Honor, My name is Tim Isbell and I live in Springboro Ohio. I understand you are presiding over the Allura cement board and warranty case. Our home was built in July of 2015. Before it was 2 years old the siding around the windows cracked at its cuts on the South side. Builder replaced those 2 boards. A a little over 2 years old, more cracks developed on 20 of the full length boards on the South side. By the time I filed a claim through BrightClaim, the company handling Alluras warranty, I had 39 boards cracked. They sent me a offer for replacing the south side, but wanted me to sign a non dis closer agreement that I wouldn't give out what they would settle for and I would not participate in any Class Action lawsuits against them. I had 6 months to complete their request. I decided to wait because I had concerns about the siding, especially a 50 year warranted siding that could not last 2 years and the fact I have 22 squares of their siding on my home that would cost $1000 a square to replace. My concerns showed up again by year 3 as he front (West side) had boards crack. I filed a new claim in 2019 but never heard from them so I filed a complaint with The Ohio Attorney Generals office to which Allura responded that they had not received a claim from me other than the 1 I sent through BrightClaim in 2017. A Rep for Elementia, Melina Chaparro ( I think that's how she spelled her name) requested for me to correspond directly with Elementia Warranty department and resubmit a new claim. After a few months of not hearing anything I let the OAG Office know I had not heard back from Elementia, and a week later a Shawn Carrington called from Houston and said he wanted to get my claim taken care of. After a few phone calls back and forth and a few texts Shawn told me I would be hearing from someone that would come by and look at the damaged siding and now, after a rain I looked at 5 rolls on the North side and found 8  out of 20 full length boards with small fractures starting. I sent Shawn pictures of what I had found. This happened before he had told me of the person who would look at the siding for them. This siding on the North side is around 42 months old because it had been replaced twice by the builder during the first 2 years because of a factory paint issue. Its been almost 3 weeks and no one has called even after I texted Mr. Harrington last week, I

got a "you haven't heard from anyone yet?" I talked to a neighbor who said they were told 6 weeks ago the same thing and get the same response each time they call. I guess its just lip service they give now.

   There are around 30-36 homes in our neighborhood who have Allura cement board siding and at least half of them have had issues with 6-7 who took the Allura deal over the last 2 years. I have always tried to buy American made products and I hate, especially after JameHardi and CertainTeed had to settle Class Action lawsuits for the same thing, that a company that bought CertainTeeds siding side of the cement board business after they settled theirs, would manufacture a product that is worse then their predecessors.

   Sorry to ramble, but we built our new home to enjoy our retirement, not to have to look at our siding for cracks each time we mowed or worked in the garden and possibly have to spend several $1000s again on something that should have lasted more than 3 years.

Thanks, Tim Isbell
54 Louise Dr.
Springboro Ohio

45066

513-833-1346

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.